UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATED TITLE CORPORATION, a Florida corporation,<br><br>Plaintiff,<br><br>- against -<br><br>GFI MANAGEMENT SERVICES, INC. a New York corporation, ALLEN I. GROSS, an individual, and EDITH GROSS, an individual,<br><br>Defendants. | Case No.13 Civ 06437(AJN)<br><br>**DECLARATION OF JOSEPH ZELMANOVITZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COUNT I OF THE COMPLAINT** |

JOSEPH ZELMANOVITZ declares pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.　I am a member of the firm Stahl & Zelmanovitz, attorneys for defendants GFI Management Services, Inc., Allen I. Gross, and Edith Gross ("defendants"). I submit this declaration in support of defendants' motion to dismiss Count I of the complaint.

2.　A true copy of plaintiff's complaint, dated September 4, 2013, is attached to this declaration as Exhibit A.

Dated: New York, New York
　　　November 25, 2013

　　　　　　　　　　　　　　　　　　STAHL & ZELMANOVITZ
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　*GFI Management Services, Inc.,*
　　　　　　　　　　　　　　　　　　*Allen I. Gross, and Edith Gross*

　　　　　　　　　　　　　　　　　　By: /s/ Joseph Zelmanovitz
　　　　　　　　　　　　　　　　　　　　　Joseph Zelmanovitz (JZ-0085)
　　　　　　　　　　　　　　　　　　　　　Abraham Neuhaus (AN-5030)
　　　　　　　　　　　　　　　　　　747 Third Avenue, Suite 33B
　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　(212) 826-6422
　　　　　　　　　　　　　　　　　　Fax: (212) 826-6402
　　　　　　　　　　　　　　　　　　joezelmanovitz@aol.com
　　　　　　　　　　　　　　　　　　aneuhaus@szlawllp.com